Voucher manifest below. Please save the following pages for your records.  Check No. 1217217
Pay to: CLERK  CLERK  U.S. BANKRUPTCY COURT

***** FOR INFORMATION ON ELECTRONIC PAYMENTS CONTACT DCOOK@PAMD13TRUSTEE.COM. *****

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| 14-03209-HWV | 999-0 | DAVID E. STANTON, III<br>Original Check written to:<br>DAVID E. STANTON, III<br>1001 SEEMORE DR.<br>HARRISBURG, PA  17111-4638 | | 0.00 | 23.66 | 0.00 | 23.66 |
| 14-03527-HWV | 013-0 | RANDY J. DEAN<br>Original Check written to:<br>EMERG CARE SERV OF PA PC<br>PO BOX 12907<br>NORFOLK, VA  23541- | 7658 | 147.98 | 15.89 | 0.00 | 15.89 |
| 14-05802-HWV | 018-0 | HERMAN HARRISON DEIMLER II<br>Original Check written to:<br>ARCADIA RECOVERY BUREAU<br>PO BOX 6768<br>WYOMISSING, PA  19610- | 7072 | 670.21 | 1.03 | 0.00 | 1.03 |
| 14-05927-RNO | 013-0 | KEVIN J. STIMPFEL<br>Original Check written to:<br>EMERG CARE SERV OF PA PC<br>PO BOX 12907<br>NORFOLK, VA  23541- | 0228 | 289.04 | 122.95 | 0.00 | 122.95 |
| 15-00205-RNO | 005-0 | JOHELEN A. DEL VILLAR<br>Original Check written to:<br>A TO Z PROPERTY MANAGEMENT<br>PO BOX 110071<br>BROOKLYN, NY  11211- | 2440 | 0.00 | 744.00 | 0.00 | 744.00 |
| 15-00820-HWV | 999-0 | DANA M. MALLORY<br>Original Check written to:<br>DANA M. MALLORY<br>221 SOUTH MARKET STREET<br>MECHANICSBURG, PA  17055 | | 0.00 | 125.00 | 0.00 | 125.00 |