```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 14-05927-RNO
Kevin J. Stimpfel                                               Chapter 13
Janet M. Creegan
        Debtors                    **CERTIFICATE OF NOTICE**

District/off: 0314-5        User: AutoDocke        Page 1 of 1        Date Rcvd: Jul 16, 2020
                            Form ID: fnldec        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 18, 2020.
db/jdb        +Kevin J. Stimpfel,   Janet M. Creegan,   124 Cromwell Circle,   East Stroudsburg, PA 18302-8838

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 18, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 16, 2020 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor    PennyMac Loan Services, LLC bkgroup@kmllawgroup.com
              Jerome B Blank    on behalf of Creditor    PennyMac Loan Services, LLC pamb@fedphe.com
              Joseph Angelo Dessoye    on behalf of Creditor    PennyMac Loan Services, LLC pamb@fedphe.com
              Randall W. Turano    on behalf of Debtor 1 Kevin J. Stimpfel rwtura@netscape.net
              Randall W. Turano    on behalf of Debtor 2 Janet M. Creegan rwtura@netscape.net
              Thomas  Song    on behalf of Creditor    PennyMac Loan Services, LLC pamb@fedphe.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Kevin J. Stimpfel,<br>**Debtor 1**<br>Janet M. Creegan,<br>**Debtor 2** | Chapter 13<br>Case No. 5:14−bk−05927−RNO |

Social Security No.:
xxx−xx−5497     xxx−xx−2946

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

**IT IS ORDERED THAT:**

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: July 16, 2020

By the Court,

*[signature: Robt N. Opel II]*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: LyndseyPrice, Deputy Clerk

**fnldec** (05/18)